# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, M.K. JAMISON, M.G. MILLER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**JEREMIAH E. LEDESMA**
**SERGEANT (E-5), U.S. MARINE CORPS**

**NMCCA 201400086**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 7 November 2013.
**Military Judge:** LtCol E.A. Harvey, USMC.
**Convening Authority:** Commanding General, 3d Marine Aircraft Wing, Marine Corps Air Station Miramar, San Diego, CA.
**Staff Judge Advocate's Recommendation:** LtCol K.C. Harris, USMC.
**For Appellant:** CAPT Stephen White, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**30 April 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court